SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
(530) 895-3252

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | No. SACV15-00968 CJC |
| Plaintiff, | (MRWx) |
| vs. | |
| LQNN, Inc. dba Lee's Sandwiches; Chieu Van Le; Yen Ngoc Quach, | **PROOF OF SERVICE AS TO DEFENDANT LQNN, INC. DBA LEE'S SANDWICHES** |
| Defendants. | |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SCOTTLYNN J. HUBBARD IV \| SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE   CHICO, CA 95926<br>TELEPHONE NO.: (530) 895-3252 \| FAX NO. (530) 894-8244 \| E-MAIL ADDRESS *(Optional)*: Heather@hubslaw.com<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 411 WEST FOURTH STREET, STE 1053
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF: MARTIN VOGEL, | CASE NUMBER: |
|---|---|
| DEFENDANT: LQNN, INC. dba LEE'S SANDWICHES; CHIEU VAN LE; YEN NGOC QUACH, | SACV15-968 CJC (MRWx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
3. a. Party served *(specify name of party as shown on documents served)*:
   **LQNN, INC. dba LEE'S SANDWICHES**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **MATTHEW A. CROSBY - AGENT FOR SERVICE**
4. Address where the party was served: **13991 Brookhurst St**
   **Garden Grove, CA 92843-3122**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: **9/24/2015** at *(time)*: **9:15 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **THAO NGUYEN - MANAGER**
   Age: 40     Weight: 135     Hair: BLACK     Sex: Female
   Height: 5'3     Race: ASIAN

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*: **9/25/2015** from *(city)*: **MIDWAY CITY, CA**     or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/109930

| | CASE NUMBER: |
|---|---|
| PETITIONER: MARTIN VOGEL, | SACV15-968 CJC (MRWx) |
| RESPONDENT: LQNN, INC. dba LEE'S SANDWICHES; CHIEU VAN LE; YEN NGOC QUACH, | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                       (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **LQNN, INC. dba LEE'S SANDWICHES**
       under the following Code of Civil Procedure section:

          ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
          ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
          ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
          ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
          ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                                          ☑ other: **CALCORP 17061**

7. **Person who served papers**
   a. Name: **ERIC WILKINS - JPL Process Service, LLC**
   b. Address: **PO Box 918 Midway City, CA 92655**
   c. Telephone number: **(866) 754-0520**
   d. **The fee** for service was: **$ 60.00**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner    ☐ employee    ☑ independent contractor.
          (ii) Registration No.: **2012208220**
          (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **9/25/2015**

**JPL Process Service, LLC**
**PO Box 918**
**Midway City, CA 92655**
**(866) 754-0520**
**http://www.jplps.com/**

          **ERIC WILKINS**                     ▶ *[signature]*
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)